**GUSSIE ERLICHSTEIN, joined by her husband, NATHAN ERLICHSTEIN and NATHAN ERLICHSTEIN v. J. R. RONEY and GRACE RONEY, his wife.**

25 So. (2nd) 82                                    January Term, 1946
March 5, 1946                                             Division A

*Abe Arnovitz & Jerome Weinkle,* for appellants.
*Knight, Underwood & Cullen,* for appellees.

PER CURIAM:

The judgment appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.